Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org

*Attorney for Petitioner Marvin Cachin Meza,

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Marvin Cachin Meza,,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02359-CDS-NJK

**Stipulation and Order for Extension of Time**

[ECF No. 6]

Petitioner Marvin Cachin Meza and Respondents Todd Blanche, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until September 11, 2026, to file an amended petition for writ of habeas corpus. The amended petition is currently due August 27, 2026. This is the first stipulation for an extension of time for Petitioner to file an amended petition. On August 26, 2026, counsel for Petitioner conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros, to inform him that she needed additional time to prepare the petition. Mr. Botros agreed to this extension for that purpose.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to

September 11, 2026 and for Federal Respondents to file their Response to the Amended Petition on September 25, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 27th day of August, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer Botros*
Tamer Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Heather Fraley*
Heather Fraley
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________
United States District Judge

Dated: September 1, 2026